IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARVIN MAUL, | * |
| Plaintiff, | * |
| vs. | * Civil Action No.2:13-0354-KD-B |
| CITY OF SELMA, ALABAMA, *et al.*, | * |
| Defendants. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion to Remand be **GRANTED** and that this case be remanded to the Circuit Court of Dallas County, Alabama.

**DONE** this 30th day of October **2013.**

S/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE